**STATE of Missouri, Respondent,**

v.

**Bobby L. PERR, Jr., Appellant.**

**No. ED 98931.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 22, 2013.

Emmett D. Queener, Columbia, MO, for appellant.

870

Chris Koster, Atty. Gen., Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, JR., J., and SHERRI B. SULLIVAN, J.

## *ORDER*

PER CURIAM.

Bobby L. Perr, Jr., appeals the judgment entered upon a jury verdict finding him guilty of two counts of first-degree statutory sodomy, Section 566.062, and five counts of possession of child pornography, Section 573.037. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).